UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELLE CATINELLA,

    Plaintiff,                                      Case No. 19-cv-13793
                                                Hon. Matthew F. Leitman

v.

CITY OF WARREN, et al.,

    Defendants.

_____/

## ORDER RECODING CIVIL NATURE OF SUIT CODE

Upon review of this case, in which a current or former prisoner challenges conditions of confinement, it appears to the Court that it was erroneously assigned a Civil Nature of Suite Code 440, which applies to non-prisoners, rather that Civil Nature of Suit Code 555, which applies to conditions of confinement.

**IT IS THEREFORE ORDERED** that the Clerk's Office will change the Civil Nature of Suit Code from 440 to 555.

Any objections to this Order must be filed within seven (7) days.

                                                  /s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated:  October 30, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 30, 2020, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (810) 341-9764