UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELLE CATINELLA,

    Plaintiff,

v.

CITY OF WARREN, *et al.*,

    Defendants.

Case No. 19-cv-13793
Hon. Matthew F. Leitman

_____/

## ORDER TERMINATING ALL PENDING MOTIONS

Now pending before the Court in this action are the following motions: Defendants' Motion for Summary Judgment (ECF No. 37); Defendants' Motion for Order of Leave to Permit Filing Exhibits to ECF 37 Under Seal (ECF No. 36); and Plaintiff's Motion to Seal Response to Motion for Summary Judgment Under Seal (ECF No. 26).  On March 29, 2022, counsel for all parties notified the Court that the parties have reached a settlement that is subject only to the approval of the City Council of Defendant City of Warren.  Given the pending settlement, the Court **TERMINATES** the above-listed pending motions in this case.  If the pending settlement fails to finalize, the parties shall be permitted to refile these motions.

    **IT IS SO ORDERED.**

                                                     s/Matthew F. Leitman
                                                   MATTHEW F. LEITMAN
                                                   UNITED STATES DISTRICT JUDGE

Dated:  March 29, 2022

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 29, 2022, by electronic means and/or ordinary mail.

            <u>s/Holly A. Ryan     </u>
            Case Manager
            (313) 234-5126